IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL ACTION

CHERYL L. FIDLER,
an individual,

    Plaintiff,

v.                                                    Case No. 2018-003691-CO

DISCOVER FINANCIAL SERVICES, INC.
d/b/a DISCOVER BANK,
a foreign corporation,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL

Jacqueline Simms-Petredis, Esq. of Burr & Forman LLP, hereby enters her appearance in the above captioned matter as counsel of record for Defendant, Discover Financial Services, Inc. d/b/a Discover Bank. Pursuant to Florida Rule of Judicial Administration 2.516, the undersigned counsel designate the e-mail addresses contained in the signature block below for service of all future pleadings process, orders, correspondence and other papers relating to this matter.

                                             Respectfully submitted,

                                             */s/ Jacqueline Simms-Petredis*
                                             Jacqueline Simms-Petredis, Esq.
                                             (FL Bar 906751)
                                             Primary Email: jsimms-petredis@burr.com
                                             Secondary Email: anolting@burr.com
                                             Secondary Email: mmichelson@burr.com
                                             **BURR & FORMAN LLP**
                                             201 N. Franklin Street, Suite 3200
                                             Tampa, FL 33602
                                             Telephone: (813) 221-2626

Facsimile: (813) 221-7335

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing will be electronically served via Florida's E-Portal System this 12th day of June, 2018 upon:

Aaron M. Swift, Esq.
Jordan T. Isringhaus, Esq.
SWIFT AND ISRINGHAUS, P.A.
10460 Roosevelt Blvd. N.
Suite 313
St. Petersburg, FL 33716
aswift@swift-law.com
jisringhaus@swift-law.com

*/s/ Jacqueline Simms-Petredis*
Jacqueline Simms-Petredis

# IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, FLORIDA
### CIVIL DIVISION

CHERYL L. FIDLER,
an individual,

      Plaintiff,

v.

Case No.:

DISCOVER FINANCIAL SERVICES, INC.
d/b/a DISCOVER BANK,
a foreign corporation,

      Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint and attachments in this lawsuit upon the below-named Defendant:

        Discover Financial Services, Inc.
        d/b/a Discover Bank
        c/o The Corporation Trust Company, Registered Agent
        Corporation Trust Center
        1209 Orange St.
        Wilmington, DE 19801

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court located at:

        315 Court St., Clearwater, FL 33756

    A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.

    **If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.** There are other legal requirements; therefore you may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

1

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

CHERYL L. FIDLER,
an individual,

    Case No.:

  Plaintiff,
v.

DISCOVER FINANCIAL SERVICES, INC.
d/b/a DISCOVER BANK,
a foreign corporation,

  Defendant.
_____/

**SUMMONS**

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

 YOU ARE COMMANDED to serve this Summons and a copy of the Complaint and attachments in this lawsuit upon the below-named Defendant:

Discover Financial Services, Inc.
d/b/a Discover Bank
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

 A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court located at:

315 Court St., Clearwater, FL 33756

 A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.

 **If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.** There are other legal requirements; therefore you may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

1

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or hand deliver a carbon copy or photocopy of your written response to the "Plaintiff/ Plaintiff's Attorney" named below.

**Aaron M. Swift, Esq.**
**Jordan T. Isringhaus, Esq.**
**Swift & Isringhaus, P.A.**
10460 Roosevelt Blvd. N., Suite 313
St. Petersburg, FL 33716
(727) 490-9919
aswift@swift-law.com
jisringhaus@swift-law.com

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en:

315 Court St., Clearwater, FL 33756

Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

**Aaron M. Swift, Esq.**
**Jordan T. Isringhaus, Esq.**
**Swift & Isringhaus, P.A.**
10460 Roosevelt Blvd. N., Suite 313
St. Petersburg, FL 33716
(727) 490-9919
aswift@swift-law.com
jisringhaus@swift-law.com

2

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.**

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a:

315 Court St., Clearwater, FL 33756

Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

**Aaron M. Swift, Esq.**
**Jordan T. Isringhaus, Esq.**
**Swift & Isringhaus, P.A.**
10460 Roosevelt Blvd. N., Suite 313
St. Petersburg, FL 33716
(727) 490-9919
aswift@swift-law.com
jisringhaus@swift-law.com

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande.**

DATED on _____MAY 09 2018_____

Clerk of Circuit Court

By: _____*[signature]*_____
Deputy Clerk

KEN BURKE CLERK CIRCUIT COURT
315 Court Street
Clearwater, Pinellas County, FL 33756-5165

3

## AFFIDAVIT OF SERVICE

IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA

Case #: 18-003691-CO

Cheryl L. Fidler

Plaintiff

vs.

Discover Financial Services, Inc. d/b/a Discover Bank

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

Summons & Complaint With Exhibits, Designation of E-Mail Addresses, Civil Cover Sheet

PARTY SERVED: DISCOVER FINANCIAL SERVICES, INC. D/B/A DISCOVER BANK C/O THE CORPORATION TRUST COMPANY

PERSON SERVED: AMY MCLAREN, CORPORATE OPERATIONS MANAGER

METHOD OF SERVICE: Corporate - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: 05/21/2018 at 10:00 AM

ADDRESS, CITY AND STATE: 1209 ORANGE STREET, WILMINGTON, DE 19801

DESCRIPTION: White, Female, 40, 5'6", 140 lbs, Brown hair

I declare under penalties of perjury that the information contained herein is true and correct.

Michelle L. McLean
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 22nd day of May, 2018.

Veronica Y. Gilbert
NOTARY PUBLIC

CLIENT: Legal Transporters.com
FILE #:

Tracking #: 377905

**Skip to Main Content**   **Logout**   **My Account**   **Search Menu**   **New Civil Search**   **Refine Search**   **Back**     Location : Pinellas County   **Help**

# REGISTER OF ACTIONS
### CASE NO. 18-003691-CO



| | |
|---|---|
| CHERYL L FIDLER Vs. DISCOVER FINANCIAL SERVICES INC | Case Type: **CONTRACTS AND INDEBTEDNESS - COUNTY**<br>Date Filed: **05/08/2018**<br>Location: **Section 39**<br>Judicial Officer: **KELLY, LORRAINE**<br>UNIFORM CASE NUMBER: **522018CC003691XXCOCO** |

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| **DEFENDANT** | **DISCOVER FINANCIAL SERVICES INC** *DOING BUSINESS AS* **DISCOVER BANK**<br><br>C/O THE CORP TRUST CO, REGISTERED AGENT 1209 ORANGE ST<br>WILMINGTON, DE 19801 | | **Attorneys**<br>**JACQUELINE A SIMMS-PETREDIS, ESQ**<br><br>BURR AND FORMAN LLP<br>201 N FRANKLIN ST STE 3200<br>TAMPA, FL 33602<br><br>813-221-2626(W) |
| **PLAINTIFF** | **FIDLER, CHERYL L**<br><br>C/O SWIFT & ISRINGHAUS, P.A. 10460 ROOSEVELT BLVD N, SUITE 313<br>ST PETERSBURG, FL 33716 | | **AARON M SWIFT**<br><br>SWIFT & ISRINGHAUS PA<br>10460 ROOSEVELT BLVD NORTH<br>SUITE 313<br>ST PETERSBURG, FL 33716<br><br>727-490-9919(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 06/12/2018 | **NOTICE OF APPEARANCE**   Doc # 10<br>Party: DISCOVER FINANCIAL SERVICES INC |
| 06/11/2018 | **DEF-RESP'S MOTION FOR EXTENSION OF TIME**   Doc # 9<br>*TO RESPOND TO COMPLAINT* |
| 05/23/2018 | **AFFIDAVIT-SERVICE OF PROCESS**   Doc # 7<br>*052118*<br>Party: DISCOVER FINANCIAL SERVICES INC |
| 05/23/2018 | **ATTACHMENT**   Doc # 8<br>*(SUMMONS)* |
| 05/08/2018 | **CIVIL COVER SHEET - E-FILED**   Doc # 1 |
| 05/08/2018 | **DESIGNATION OF E-MAIL ADDRESS(ES)**   Doc # 2 |
| 05/08/2018 | **SUMMONS TO BE ISSUED**   Doc # 3<br>*ISSUED*<br>Party: DISCOVER FINANCIAL SERVICES INC |
| 05/08/2018 | **COMPLAINT**   Doc # 4 |
| 05/08/2018 | **EXHIBIT**   Doc # 5<br>*A- FAX COVER SHEET WITH ATTACHMENTS* |
| 05/08/2018 | **EXHIBIT**   Doc # 6<br>*B- FAX COVER SHEET WITH ATTACHMENTS* |

## FINANCIAL INFORMATION

**PLAINTIFF** FIDLER, CHERYL L



| | | | |
|---|---|---|---|
| | Total Financial Assessment | | 310.00 |
| | Total Payments and Credits | | 310.00 |
| | **Balance Due as of 06/18/2018** | | **0.00** |
| 05/09/2018 | Transaction Assessment | | 310.00 |
| 05/09/2018 | E-FILE PAYMENT   Receipt # EF-2018-16668 | FIDLER, CHERYL L | (310.00) |

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

CHERYL L. FIDLER,
an individual,

        Case No.:

   Plaintiff,

v.

DISCOVER FINANCIAL SERVICES, INC.
d/b/a DISCOVER BANK,
a foreign corporation,

   Defendant.
_____/

## DESIGNATION OF E-MAIL ADDRESSES

**COMES NOW**, Plaintiff, Cheryl L. Fidler (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to the Florida Supreme Court's Order No. SC 10-2101 and Florida Rule of Judicial Administration 2.516, and hereby designates Plaintiff's counsel's electronic mail addresses for this matter.

    **For Aaron M. Swift, Esq.**
    Primary: aswift@swift-law.com
    Secondary: info@swift-law.com

    **For Jordan T. Isringhaus, Esq.**
    Primary: jisringhaus@swift-law.com
    Secondary: info@swift-law.com

        Respectfully submitted,

        **SWIFT & ISRINGHAUS, P.A.**

        /s/ *Aaron M. Swift*
        **Aaron M. Swift, Esq., FBN 0093088**
        **Jordan T. Isringhaus., FBN 0091487**
        Swift & Isringhaus, P.A.
        10460 Roosevelt Blvd. N.
        Suite 313
        St. Petersburg, FL 33716
        Phone: (727) 490-9919

1

        Fax: (727) 255-5332
        aswift@swift-law.com
        jisringhaus@swift-law.com
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served—via U.S. Mail or Process Server—a copy of the foregoing *Designation of E-mail Address* this 8th day of May 2018 to the following:

Discover Financial Services, Inc.
d/b/a Discover Bank
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

        /s/ *Aaron M. Swift*
        Attorney for Plaintiff