## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLIRIDA
## TAMPA DIVISION

CHERYL FIDLER,

      Plaintiff,

Case No. 8:18-cv-1482-EAK

v.

DISCOVER,

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW**, the Parties, by and through their undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida Local Rule 3.08, and hereby jointly stipulate and move the Court to dismiss all claims asserted in this action with prejudice. By agreement, each side shall bear its own attorneys' fees and costs.

Dated: August 24, 2018

                                            Respectfully submitted,

                                            **SWIFT & ISRINGHAUS, P.A.**

                                            /s/ *Aaron M. Swift*
                                            **Aaron M. Swift, Esq., FBN 0093088**
                                            **Lead Trial Counsel**
                                            10460 Roosevelt Blvd. N.
                                            Suite 313
                                            St. Petersburg, FL 33716
                                            Phone: (727) 490-9919
                                            Fax: (727) 255-5332
                                            aswift@swift-law.com
                                            *Counsel for Plaintiff*

                                            **BURR FORMAN LLP**

                                            /s/ *Jacqueline A. Simms-Petredis*
                                            **Jacqueline A. Simms-Petredis, Esq.**
                                            **FBN 906751**

> 201 North Franklin Street
> Suite 3200
> Tampa, FL 33602
> Phone: (813) 221-2626
> Fax: (813) 221-7335
> Jsimms-petredis@burr.com
> *Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I electronically filed and served a true and correct copy of the foregoing Joint Stipulation for Dismissal with Prejudice via CM/ECF which will send a copy and a notice of electronic fling to all counsel of record.

> /s/ *Aaron M. Swift*
> Counsel for Plaintiff